# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

REGINALD S. WHITE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0456

_____

July 3, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle D. Sisco, Judge.

Reginald S. White, pro se.

PER CURIAM.

    Affirmed.

SILBERMAN, LaROSE, and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.